## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

KYUNG H. KANG
and KS KANG Inc.
8809 Woodyard Road
Clinton, MD 20735
    (Plaintiffs)

    vs.

CHARLES S. CHAS *and*
IN SOOK CHAS
23396 Gardenwalk Drive
Ashburn, VA 20148

    (Defendants)

Civil Case No.: CAE17- 14450

### COMPLAINT

NOW COMES Kyung Kang and Clinton Park Cleaners, by and through Counsel, Robinson S.

Rowe, Esq. and Rowe, Weinstein, and Sohn, hereby file this Complaint against Charles A. Chas

and In Sook Chas, and as grounds states as follows:

### COUNT 1: UNJUST ENRICHMENT

1.    The Plaintiff entered into a purchase agreement with the Defendants for a property located at

8809 Woodyard Road, Clinton, Maryland 20735 for an amount of $345,000.00. (See Plaintiff's

Exhibit A)

2.    The Plaintiff made an initial down payment of $85,000.00 in personal checks. The initial

checks were intended as collateral and were subsequently replaced with $85,000.00 in certified

checks.

3.    The term of the loan was for five years with 8% interest.

4.    Based on the initial amount paid and the subsequent payments made over the life of the lease,

the debt would have been paid off in September of 2011.

5.      Plaintiff continued to make payments because he did not receive verification of payments made nor did he receive documentation that the note was satisfied.

6.      A dispute arose regarding the payments on the lease and a judgment was entered against the Plaintiff on January 22, 2014 in the amount of $79,731.66. Plaintiff was not represented by counsel. (See Plaintiff's Exhibit B).

7.      The Plaintiff continued to make payments on the debt until July 27, 2016 when the Plaintiff came to the realization that he had grossly overpaid his debt.

8.      The Defendants dispute the amount still owed in this matter.

9.      Maryland rule 3-346(j)(2) requires that the judgment creditor must, within 15 days after the end of each month, mail the debtor a statement disclosing the payments made toward the judgment and how they were credited.

10.     Plaintiff's counsel made a written request to Defense counsel on March 29,2017 to obtain the all of the statements disclosing the payments made towards the judgment in this case. Defense Counsel responded with a series of monthly reports that were all dated April 17, 2017 (See Plaintiff's Exhibit C).

11.     These reports were clearly drafted in response to counsel's request and had not been properly kept as required by rule. As they were not properly kept, they cannot resolve the dispute in this matter.

12.     The Plaintiff's payments above and beyond the initial debt and the judgment total $120,307.

## COUNT 2: FRAUD

13.     The Plaintiff incorporates paragraphs 1-12 into the charge of Fraud.

14. The Defendants' violation of Maryland Rule 3-346(j)(2) was a willful violation for the purpose of utilizing the judicial system to defraud the Plaintiff and obtain far more money than he was entitled to under the original agreement and the subsequent judgment.

15. That the Defendant's fraudulent actions warrant punitive damages.

WHEREFORE, Plaintiff moves this honorable court to award the Plaintiff $120,307.00 in money overpaid to the Defendant and $50,000.00 in punitive damages.

Respectfully Submitted,

Robinson Rowe, Esq.
Benjamin T. Peters, Esq.
Rowe, Weinstein, and Sohn
1401 Rockville Pike
Rockville MD, 20852

## REQUEST FOR JURY TRIAL

Plaintiff requests a jury trial in this matter

Benjamin T. Peters

## CONFESSED JUDGMENT PROMISSORY NOTE

$345,000.00                                                    BALTIMORE, MARYLAND

FOR VALUE RECEIVED, **Kyung Han Kang** and **KS KANG, Inc., a Maryland corporation** (hereinafter referred to as "Maker"), promises to pay to **Charles S. Chas and In Sook Chas** (hereinafter collectively called "Payee"), or their order, the principal sum of **Three Hundred Forty Five Thousand Dollars ($345,000.00)**, legal tender of the United States of America, together with interest thereon at **eight (8%)** interest payable as follows:

The Principal and Interest shall be paid in **sixty (60)** equal monthly installments of **Six Thousand Nine Hundred Ninety Five Dollars and Thirty Six Cents ($6,995.36)** each, beginning on the **1st day of September, 2006.**

Maker shall have the privilege to prepay the principal balance hereunder, in whole or in part, together with accrued and unpaid interest at any time after the date hereof, said prepayments to be made without penalty or additional payments.

Maker warrants and represents that this Note is lawfully executed and delivered.

Maker further covenants and agrees that until payment of all sums due under this note, Maker:

A.1.  Will promptly and faithfully observe and perform all the terms, covenants and provisions contained herein.

A.2.  Shall, within Five (5) days after request in person or within ten (10) days after request by mail, furnish a written statement or declaration, duly acknowledged, of the amount due on this Note and whether any offsets or defenses exist thereto.

AND the occurrence of any of the following events shall constitute a default hereunder (hereinafter collectively referred to as "Events of Default" and individually as "Event of Default").

B.1.  Failure of maker to pay when due any payment of interest or principal as provided in this Note. However, there shall be a fifteen (15) day grace period. If Payee does not receive the payments due under this Promissory Note after the fifteenth day of the due date, there shall be a late payment penalty of five (5%) percent of the total amount due.

B.2.  Any proceeding under the Bankruptcy Act or any law of the United States or of any state relating to insolvency, receivership, reorganization or debt adjustment is instituted by Maker or such proceeding is instituted against Maker and is consented to by the respondent or is not immediately dismissed, or Maker is adjudicated a bankrupt, or a trustee or receiver is appointed for any substantial part of its or their property, or Maker make an assignment for the benefit of creditors or becomes insolvent.

B.3  Any false statement, certification, report, representation or warranty made or furnished by or on behalf of Maker in connection with the making of the loan evidenced by this Note and/or in compliance with the provisions hereof.

1

B.4.  UPON the occurrence of an Event of Default, at the option of payee, the whole principal sum and the interest thereon, and all other sums payable under this Note and under the Mortgage, shall become due and payable immediately, and Payee may forthwith and without demand exercise or cause to be exercised the warrant as hereinafter set forth, in addition to such rights and remedies as may herein be provided, or which may be available to Payee by law, without further stay, any law, usage or custom to the contrary notwithstanding.

**MAKER** does hereby authorize and empower the Clerk of Court or any Attorney or any Court of Record of the State of Maryland, or elsewhere, to appear for and confess judgment against the Maker and in favor of the Payee, its successors or assigns, as of any term, past, present or future, with or without declaration, for the principal sum evidenced by this Note with interest as herein provided and all other sums as attorney's fee of ten percent (10%) of the sum of all of the foregoing for collection, with release of all errors, and on which judgment the Payee may, on failure of the said Maker to comply with any of the covenants, terms, provisions and conditions of this Note, issue or cause to be issued an execution or executions, waiving inquisition and condemnation as to any property levied upon by virtue of any such execution, waving all exemption from levy and sale of any property which now or hereafter is exempt under any Act of Assembly.

Maker further covenants and agrees as follows:

C.1.  All rights and remedies hereby granted or otherwise available to Payee shall be cumulative and concurrent and may be pursued singly, successively or together at Payee's sole option, and may be exercised from time to time and as often as occasion therefor shall occur until the indebtedness hereby evidenced, with all interest thereon, is paid in full; and the failure to exercise any such right or remedy shall in no event be construed as a Waiver or release of same by Payee.  Payee may resort to any security it holds in such order and manner as Payee sees fit.

C.2.  If at any time Payee shall deem or shall be advised that any vest or confirm any right or remedy herein granted, Maker will execute, acknowledge when appropriate and deliver any such instrument or document and do or cause to be done any act or thing reasonably deemed necessary or desirable by Payee for any such purpose.

C.3.  To the extent permitted by law, Maker hereby Waives and releases all errors, defects, and imperfections in any proceedings instituted by Payee under the terms of this Note, as well as all benefits that might accrue to Maker by virtue of any present or future laws exempting any property, real or personal, or any part of the proceeds arising from any sale of any such property, from attachment, levy, or sale under execution, or providing for any stay of execution, exemption from civil process, or extension of time for payment, as well as the right of inquisition on any real estate that may be levied upon under a judgment obtained by virtue hereof, and Maker voluntarily condemns the same and authorizes the entry of such voluntary condemnation on any writ of execution issued thereon, and agrees that such real estate may be sold upon any such writ in whole or in any order desired by Payee.

C.4.  The use of the words "Maker" or "Payee" shall be deemed to include the successors and assigns of the party or parties, the use of any gender shall include all genders, the singular number shall include the

plural, or the plural, the singular, as the context may require.

**WITNESS** the due execution hereof by Maker this 15th day of July, 2006.

MAKER: KS KANG, Inc.:

_____   _____(SEAL)
BY: **Kyung Han Kang, President**

_____   _____(SEAL)
**Kyung Han Kang**

### CERTIFICATE OF ACKNOWLEDGMENT

(STATE OF MARYLAND)
ss   (
(COUNTY/CITY OF **BALTIMORE**)

On this 15th day of July, 2006, before me, a **notary public** in the **State of Maryland**, personally appeared **Kyung Han Kang, person** known to me or proved to me on the basis of satisfactory evidence to be the **person** whose **name is** subscribed to the within instrument and acknowledged to me that **he** executed the same in **he** authorized capacity, and that by **his** signatures on the instrument the **person**, or the entity upon behalf of which the **person** acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____(SEAL)

My Commission expires:

3

### CORPORATE MINUTES OF A SPECIAL MEETING OF THE
### BOARD OF DIRECTORS OF
### KS KANG, Inc., a Maryland corporation

A Special Meeting of the Board of Directors of the above Corporation was held on the **14th** day of **July, 2006** at **8809 Woodyard Road, Clinton, Maryland 20735**, at **7:00 P.M.**

PRESENT: **Kyung Han Kang**

The meeting was opened by the President. The Secretary stated that the meeting was called in accordance with a Waiver of Notice duly signed by the Officers, Directors and Shareholders of the Corporation. Such waiver was ordered spread upon the minutes.

Upon motion duly made, second and carried it was

RESOLVED that CORPORATION purchase all of the assets of the **Dry Cleaners** known as **Clinton Park Cleaners** located at **8809 Woodyard Road, Clinton, Maryland 20735**, in consideration of **Four Hundred Ten Thousand ($410,000.00) Dollars**, under the provisions, terms and conditions of the Sales Contract executed on the **30th** day of **April, 2006.**

RESOLVED that CORPORATION permit **Kyung Han Kang, President**, to represent CORPORATION, execute any and all documents necessary to complete the purchase of the above said Business, and to do anything in their power under the Charter and By-Laws of CORPORATION.

There being no further business, upon motion duly made, seconded and carried, the meeting was adjourned.

DATED: 15th day of July, 2006       BY:_____(SEAL)

**Kyung Han Kang, Secretary**

DISCLOSURE STATEMENT

**Clinton Park Cleaners ("Business")**
**8809 Woodyard Road, Clinton, Maryland 20735**


1. We acknowledge that we have read and fully understood all the settlement documents we have executed this day. We have been advised by attorneys of all our rights and remedies under the terms of the documents we have executed.

2. We acknowledge that we have retained an accountant to consult with all tax matters, including but not limited to payment of bulk transfer taxes, sales taxes, capital gains taxes, franchise taxes, income taxes and etc., as well as obtaining any and all tax account numbers with the IRS and any other necessary governmental agencies. We have instructed our attorneys to defer any and all tax matters to our accountants in conducting the settlement.

3. We acknowledge that we must transfer the current licenses and permits, including but not limited to trader's license, food permit, liquor license, and etc., in a timely manner after the settlement for the sale and purchase of the Business, and we promise to cooperate with each other in completion of the transfer at the earliest time possible.

4. We acknowledge that we have been advised of the need to complete the signing of the new lease agreement or assignment of lease agreement before the settlement. Against the advice of the attorneys, we have decided to complete the signing of the lease agreement ourselves in the near future.

5. We acknowledge that we have been advised of the need to obtain any and all approvals and consents from all parties involved, including governmental approval and consent where required and necessary to complete the transfer of assets.

Charles S. Chas

In Sook Chas

KS KANG, Inc.:

Kyung Han Kang, President

Kyung Han Kang

15th day of July, 2006

## COVENANT NOT TO COMPETE

**THIS AGREEMENT** made this 15th day of July, 2006, by and between **Charles S. Chas and In Sook Chas** (hereinafter collectively referred to as "SELLER") and **KS KANG, Inc., a Maryland corporation**, and **Kyung Han Kang** (hereinafter collectively referred to as "BUYER").

WHEREAS, pursuant to a certain **Sales Contract** hereinafter referred to as the "Agreement") dated **April 30, 2006** ("date of Agreement"), BUYER purchased from SELLER and SELLER sold to BUYER the business known as **"Clinton Park Cleaners"** (the "Business") located at **8809 Woodyard Road, Clinton, Maryland 20735.**

NOW THEREFORE, in consideration for the sum of one ($1.00) dollar and other good and valuable considerations, the receipt and sufficiency of which are hereby acknowledged, the parties hereby covenant, promise and agree as follows:

SELLER, its principles, directors, shareholders and officers, jointly and severally, covenant not to engage in any activity, either directly or indirectly, on his own behalf or as an officer, director or shareholder or cause or encourage anyone whatsoever to engage in any activity or encourage or cause anyone to begin a zoning proceeding with a view to engaging or engage in any activity, which is similar to or competitive with the activities carried on by SELLER in SELLER's Business or is directly or indirectly concerned with a **Dry Cleaners Business or a similar business within five (5) mile radius of the Business for a period of five (5) years of the closing.** Furthermore, SELLER shall not provide any advice or become a consultant to anyone interested in opening or establishing a **Dry Cleaners** Business within the same distance and time as above mentioned. The parties agree that this restrictive covenant is of value and significance far beyond the amount paid for pursuant to The Asset Purchase Agreement above and that BUYER would not have entered into the Agreement without this restrictive covenant.

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be duly executed, on the day and the year first above written.

WITNESS:                                        SELLER:

_____        _____(SEAL)
                                                            **Charles S. Chas**

                                                            _____(SEAL)
                                                            **In Sook Chas**

_____        BUYER: KS KANG, Inc.:

                                                            _____(SEAL)
                                                            BY: **Kyung Han Kang**, President

## BULK TRANSFER: SCHEDULE OF PROPERTY-LIST OF CREDITORS

Pursuant to <u>Section 6-104</u> of the **Commercial Law Article of the Annotated Code of Maryland**, we, **Charles S. Chas and In Sook Chas**, the Owners (hereinafter referred to as the "SELLER") of **Clinton Park Cleaners** (hereinafter referred to as the "Business") on this 15th day of July, 2006, do hereby declare and affirm under oath and subject to penalties of perjury that the matters and facts hereinafter set forth are true and correct to the best of my/our knowledge, information and belief.

1. The names, business addresses and amounts due with respect to all creditors of **the Business**, including, without limitation, all persons known to assert any claims against the **Business** are as follows:

None_____

2. The assets and property to be transferred from the **SELLER**, include the following materials, supplies, merchandise and other inventory of **the Business**, being all such assets and property currently owned by **the SELLER** at the time of this transaction:

The entire inventory of all products, miscellaneous packaging, etc., on the premises of **the Business** at the time of this transaction, together with all of the equipment, trade fixtures, furniture, trade name, lease rights, leasehold improvements, goodwill, and all other assets/property of **the Business**

3. For the mutual promises and covenants contained therein and in consideration of **BUYER's** proceeding to Settlement on this Date, **SELLER** hereby agrees to indemnify and hold harmless, jointly and severally, the **BUYER** from any and all claims, losses, damages, liabilities and expenses, including but not limited to reasonable attorney's fees reasonably incurred in connection with:

Any claims or liabilities made against **BUYER** because of any debts, taxes or claims of the SELLER regarding or arising out of **the Business.**

**SELLER** agrees that BUYER has the option to pay the undisputed claims or liabilities of the SELLER and deduct the same amount owed to SELLER, **after giving the SELLER** a ten (10) day written notice of the claim, and if the **SELLER** has not resolved the claims or liabilities within ten (10) days of the written notice.

WITNESS:

SELLER:

_____   _____(SEAL)
                                    **Charles S. Chas**
                                    _____(SEAL)
                                    **In Sook Chas**

_____   BUYER: **KS KANG, Inc.:**
                                    _____(SEAL)
                                    BY: **Kyung Han Kang, President**

# MUTUAL INDEMNIFICATION AGREEMENT

THIS AGREEMENT made this 15th day of July, 2006, by and between **Charles S. Chas and In Sook Chas** (hereinafter collectively referred to as "SELLER") and **KS KANG, Inc., a Maryland corporation and Kyung Han Kang** (hereinafter collectively referred to as "BUYER").

WHEREAS, pursuant to a certain **Sales Contract** (hereinafter referred to as the "Agreement") dated **April 30, 2006** ("date of Agreement"), BUYER purchased from SELLER and SELLER sold to BUYER the assets of the business known as **"Clinton Park Cleaners"** (the "Business") located at **8809 Woodyard Road, Clinton, Maryland 20735.**

NOW THEREFORE, in consideration for the sum of one ($1.00) dollar and other good and valuable considerations, the receipt and sufficiency of which are hereby acknowledged, the parties hereby covenant, promise and agree as follows:

Indemnity in Favor of BUYER.  SELLER hereby agrees to indemnify BUYER, his heirs and assigns, and hold them harmless from and against any loss, cost, expense or other damages, including, without limitation, attorney's fees and expenses actually incurred resulting from any cause of action or claim of whatever nature which has risen prior to the date hereof.  In the event an action or claim is taken or made against BUYER for a cause arising prior to the date hereof and SELLER does not act within Thirty (30) days of a written notice by BUYER, SELLER will be deemed to be in breach.  The action required of SELLER hereof refers to the actions of SELLER sufficient to actually prevent an action against BUYER and/or the Assets.  SELLER agrees to notify BUYER in writing as to what actions are, have been, will be taken to prevent an action against BUYER.

Indemnity in Favor of SELLER.  BUYER hereby agrees to indemnify SELLER, his heirs and assigns and hold them harmless from and against any loss, cost, expenses or other damages, including, without limitation, attorney's fees and expenses resulting from any cause or claim of whatever nature arising out of the Business and/or of Assets which arise after the date hereof.  In the event an action or claim is taken or made against SELLER for a cause arising after the date hereof and BUYER does not act within Thirty (30) days of a written notice by SELLER, BUYER will be deemed to be in breach.  The action required of BUYER hereof refers to the actions of BUYER sufficient to actually prevent an action against SELLER and/or the Assets.  BUYER agrees to notify SELLER

in writing as to what actions are, have been, will be taken to prevent an action against SELLER.

**IN WITNESS WHEREOF,** the parties hereto have caused this Agreement to be duly executed, on the day and the year first above written.

**WITNESS:**                                          SELLER:

_____          _____ (SEAL)
                                                      **Charles S. Chas**

                                                      _____ (SEAL)
                                                      **In Sook Chas**

                                                      BUYER: KS KANG, Inc.:

_____          _____ (SEAL)
                                                      BY: **Kyung Han Kang, President**

_____          _____ (SEAL)
                                                      **Kyung Han Kang**

# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

THAT I, **Kyung Han Kang**, the undersigned, have made, constituted and appointed, and by these presents do make, constitute and appoint **David B. Woo, Esquire and/or Kerry Balog of 2632 N. Charles Street, Baltimore, Maryland 21218**, as my true and lawful attorney to act as follows, that is to say:

GIVING AND GRANTING UNTO MY SAID ATTORNEY FULL POWER:

DISPOSITION OF BUSINESS - To prepare, review and execute any and all necessary documents and instruments to obtain all necessary licenses, permits and certificates for the dry cleaners known as **Clinton Park Cleaners** being operated and located at **8809 Woodyard Road, Clinton, Maryland 20735** and to execute bonds and warrants and all other instruments and documents in connection therewith and relating thereto, and such power shall not be in limitation of any other powers herein set forth.

FURTHER, I do authorize my aforesaid attorney-in-fact to perform all necessary acts in the execution of the aforesaid authorizations and generally to do any and all acts on my behalf in any other matter or thing pertaining or belonging to me with the same validity as I could effect if personally present.

AND, I HEREBY DECLARE that any act or thing lawfully done hereunder by my said attorney shall be binding on myself and my heirs, legal and personal representatives and assigns.

This Power of Attorney shall not be affected by my disability or incompetence, if any, in the future, it being the intent of the maker hereof that all powers herein conferred shall remain in effect during any period of disability or incompetence of the principal herein and shall be fully exercisable by my said attorney notwithstanding any such disability.

This Power of Attorney shall remain in full force and effect until the occurrence of the first of the following circumstances: (1) my death; or (2) until the actual revocation of this Power of Attorney by me.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 15th day of July, 2006.

_____(SEAL)
Kyung Han Kang

## STATE OF MARYLAND, CITY/COUNTY OF BALTIMORE, TO WIT:

**I HEREBY CERTIFY** that on this 15th day of July, 2006, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared **Kyung Han Kang**, known to me or

satisfactorily proven to be the person whose name is subscribed to this document, and acknowledged that **he** executed the same for the purposes therein contained, and in my presence signed and sealed the same.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

My Commission Expires: 1/1/2007

NOTARY PUBLIC

## WAIVER OF RIGHT TO COUNSEL

I hereby acknowledge that I understand that I have the right to have independent counsel of my own selection represent my interests. Nevertheless, I have elected not to have an attorney represent me at this time, and intend to meet and negotiate with **David B. Woo, Esquire**, (hereinafter referred to as "Attorney") who represents, **Kyung Han Kang and KS KANG, Inc., a Maryland corporation**. It is my intention to meet with the Attorney without benefit of counsel. I will advise the Attorney in writing that I have retained counsel if I do so.

I further acknowledge that the Attorney represents **Kyung Han Kang and KS KANG, Inc., a Maryland corporation**, **EXCLUSIVELY** and that he has not undertaken to advise or protect my interests in any manner. It is further understood that nothing stated by the Attorney is intended to be, or will have the effect of, legal advice and that I cannot rely upon any statement or inference therefrom made by him as protecting my interests. I understand that I will have the opportunity to confer with an attorney prior to the execution of any written agreement if I choose to do so.

_____
**Charles S. Chas**

_____
**In Sook Chas**

_____
Eun Sook Pae

Date: 15th day of July, 2006.

## SELLER'S AFFIDAVIT

We, the undersigned, do hereby state the following:

1. That we are the owners of the **Dry Cleaners** known as " **Clinton Park Cleaners**", being operated at **8809 Woodyard Road, Clinton, Maryland 20735.**

2. That we are knowledgeable about the **Dry Cleaners Business** and the Assets being sold.

3. That the Business is the same Business that was inspected and is being purchased by BUYER under Bill of Sale of even date herewith.

4. That there are no claims, suits, judgments, bankruptcy proceedings, executions or liens of any kind pending against the Business or against ourselves in any court whatsoever that could, in any way, jeopardize the title to the Business being sold, or constitute a lien thereon; and we are not a surety on the bond of any government official, or any other bond that, through the default of the principal therein a lien superior to the Bill of Sale would be created, nor are there any mortgages, loan deeds, trust deeds or liens of any nature whatsoever unsatisfied against ourselves or the Business.

5. That the Business is free and clear of all liens of every character.

6. That we, as the owners of the Business, have no unpaid bills of any nature, either for inventory and merchandise, or for labor and material, for any improvements which may have been placed on the Business premises, either in the construction or repair of any of the improvements thereon, or the premises itself, and that there are no fixtures installed in the Building which have not been paid for in full, and that all personal property included in the Sale of the Business and all its assets has been paid for in full.

7. That all taxes due and payable by us have been paid in full or will be paid fully prior to becoming delinquent; that all tax returns required by either the state, county, city or federal government have been filed as of the date hereto.

8. That we re-affirm all warranties and statements contained in the Agreement of Sale and guarantee that all such statements and warranties will remain true and correct even after the closing date.

9. That we understand BUYER will rely on this Affidavit in his decision to consummate the Agreement of Sale.

**WE HEREBY SOLEMNLY DECLARE AND AFFIRM, UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.**

DATE: 15th day of July, 2006

SELLER: _____ (SEAL)
Charles S. Chas
_____ (SEAL)
In Sook Chas

## SECURITY AGREEMENT

**THIS SECURITY AGREEMENT**, entered into this 15th day of July, 2006, by and between **Charles S. Chas and In Sook Chas**, (hereinafter referred to as "Secured Party") and **KS KANG, Inc., a Maryland corporation** and **Kyung Han Kang** (hereinafter collectively referred to as "Debtor").

W I T N E S S E T H:

**WHEREAS**, Debtor has this day purchased certain assets of Secured Party's business known as **Clinton Park Cleaners** (hereinafter referred to as the "Business"), located at **8809 Woodyard Road, Clinton, Maryland 20735** (hereinafter the "Premises"); and

**WHEREAS**, Debtor requested to defer payment of a portion of the purchase price resulting in a debt owed by Debtor to Secured Party in the principal sum of **Three Hundred Forty Five Thousand Dollars ($345,000.00)** representing the balance due on the purchase price for the assets as provided for in the **Sales Contract** and under the **Confessed Judgment Promissory Note;**

**WHEREAS**, Debtor has executed this date a Confessed Judgment Promissory Note (hereinafter referred to as the "Note" ) evidencing the debt; and

**WHEREAS**, Debtor has agreed to grant a security interest in  certain Collateral to the Secured Party as security for the Payment of the aforesaid purchase money obligation as set forth in the Note.

**NOW, THEREFORE**, the parties hereto, intending to be legally bound hereby, agree as follows:

 1. Under the Note, Debtor has agreed to pay Secured Party the principal sum of **Three Hundred Forty Five Thousand Dollars ($345,000.00)** on terms set forth more fully in the Note, a copy of which is attached.  Debtor herein agrees to pay the Secured Party all amounts payable on the Note as and when the same shall be due by acceleration or otherwise.

2. As security for the payment of the obligations due by Debtor to Secured Party as set forth in Paragraph 1 of this Agreement and in the Note, Debtor hereby grants to Secured Party **a first perfected purchase money security interest** in the following assets, all of which shall be referred to as the "Collateral":

All fixtures, machinery, equipment, inventory, furniture and supplies and all other tangible property now owned or hereinafter acquired by Debtor or any of them, presently located or hereinafter located at **the Business Premises**, including but not limited to, those items referred to in the Promissory Note attached hereto and made a part hereof, and all accounts receivable, cash on hand, chattel paper, bank accounts and all intangibles and general intangibles now owned or hereafter acquired by Debtor used in connection with Debtor's business at the Business Premises, including but not limited to goodwill and the Business Tradename.  The collateral includes any and all attachments, renewals and replacements and accretions to the above as well as any      proceeds of the above.

3.  Debtor hereby agrees to and shall execute the appropriate financing statement granting to

1

Secured Party a first perfected security interest in the Collateral and shall file any and all statements and documents necessary to perfect and keep perfected the Secured Party's interest as required herein. All costs of filing shall be borne by Debtor.

4. Debtor covenants, warrants and agrees that until all amounts payable to and obligations due Secured Party under the Promissory Note and herein are fully paid and performed:

(a) Debtor shall make all payments as they become due under the Note in accordance with the terms therein;

(b) Debtor grants to Secured Party and Secured Party shall have a first perfected security interest in the Collateral in accordance with the provisions of the Uniform Commercial Code;

(c) Debtor will pay Secured Party all amounts payable on the Note as and when the same shall be due and payable, whether by acceleration or otherwise, and will perform any and all terms of the Note as well as any and all terms contained in all other agreements between Debtor and Secured Party executed even date herewith;

(d) Debtor shall not borrow any money, by placing additional security interest on the Collateral, from any person or entity without prior written consent of Secured Party;

(e) Debtor shall maintain in effect at all times and pay for, at his own expense and costs, fire, liability and extended coverage insurance for a reasonable amount to cover all the furniture, fixtures, equipment, inventory and other Collateral on the premises, and the said insurance policy or policies shall contain a first loss payee clause in favor of Secured Party. All such policies shall be non-cancelable without thirty days prior written notice from the insurer to Secured Party. The Secured Party shall have the sole right to receive and/or to give acquittance for any payments due in discharge of insurance claims payable to the Debtor and to effect any and all endorsements, receipts, releases, assignments or other documents that may be necessary to effect collection, compromise or settlement of any claims under any such insurance policies. If Debtor shall, at any time, fails to maintain or pay for the insurance required under this Agreement, the Secured Party is authorized but not obligated to arrange for such insurance at the expenses of the Debtor and the premiums paid by Secured Party shall be due upon demand from Debtor. Debtor shall pay interest on the said premium at the rate of Ten percent (10%) per annum. Evidence of the existence of insurance policies required hereunder and of payment therefore shall be provided Secured Party by Debtor at any time on demand.

(f) Debtor shall timely file all federal, state and local tax returns and shall pay taxes promptly when due, including all payroll taxes, and shall present proof of payment of such taxes to the Secured Party upon request;

(g) Debtor shall not assign, sell, exchange, transfer lease, pledge or otherwise dispose of or encumber any or all of the Collateral, or enter into any agreement or understanding to do the same except to the extent necessary for the normal operation of the Business;

(h) Debtor warrants and agrees to maintain the Collateral in good working order and condition;

(i) The Collateral is personal property and will remain so and will not become, or be deemed, so fixed or related to realty as to be part thereof;

(j) The Collateral is located at the premises and Debtor shall not permit any of the Collateral to be removed from the Premises, nor shall the Collateral be used other than in connection with the Business and for business purposes, without prior written consent of Secured Party;

(k) The Collateral is free and clear of all liens, security interests and encumbrances of any sort, except the security interest granted herein and shall remain so free and clear;

(l) Debtor shall permit Secured Party and its agents to inspect the Collateral at any reasonable time during business hours;

(m) Debtor will defend the Collateral against the claims and demands of all persons;

2

(n) Debtor will not permit any lien, security interest; or encumbrance to attach to any of the Collateral; nor permit an of the collateral to be levied upon; nor shall Debtor dispose of nor relinquish ownership or possession of any of the Collateral without prior written consent; nor permit anything to be done that may impair the value of any of the Collateral or the security interest and/or security intended to be afforded by this agreement except to the extent necessary for the normal operation of the Business;

(o) Debtor is the owner of the Collateral and has the right make this agreement;

(p) Debtor shall give Secured Party written notice within Ten (10) days of the closing of said place of business, institution of proceedings relative to solvency of debtor or any legal proceeding wherein the Collateral is in any manner seized or possessed by any legal officer or authority.

6.   The occurrence of any of the following acts shall constitute a default, which shall, without notice or demand, make immediately due and payable the entire unpaid balance of the obligations due by Debtor to Secured Party:

(a) Failure of Debtor to pay any installment of principal and/or interest, or any other amount when due herein or due under the Promissory Note or within Grace Period, whether by acceleration or otherwise.

(b) Failure to strictly perform keep, perform or observe any term or provision herein or under the Note.

(c) If Debtor shall fail to pay or perform when due any term or within Grace Period, condition or obligation to Secured Party set forth herein or in any of the other agreements executed by Debtor even date herewith as required by the **Sales Contract** , including the Note bearing even date herewith.

(d) Debtor shall become insolvent or make an assignment for the benefit of creditors or upon institution of any bankruptcy, insolvency, reorganization, debt adjustment, receivership, trusteeship, dissolution, or liquidation or legal or equitable proceedings by or against the Debtor or the entry of a judgment or tax lien against the same or the issuance of any writ of attachment or execution or other legal process against Debtor or against any property of the same.

(e) Should any warrant or material statement of Debtor contained herein or other material information or data furnished by Debtor to the Secured Party prove false;

7.   If a default occurs, the Secured Party shall have the absolute right to exercise any lawful remedy to collect the entire balance of the obligation due by Debtor to Secured Party and shall have all rights accorded a secured creditor under any applicable law, under the Uniform Commercial Code and/or under any agreement of the parties including but not restricted to any of the following remedies:

(a) The right to sell or dispose of the Collateral pursuant to the Uniform Commercial Code.

(b) The right to take possession of the Collateral;

(c) All rights and remedies provided by any other agreement between the Debtor and the Secured Party.

(d) The right to take over and retain the Collateral.

8.   All rights and remedies acquired by Secured Party under the terms of this Agreement shall be deemed cumulative and concurrent.  The failure of the Secured Party to enforce any right or remedy at any time shall not be construed as a waiver or relinquishment of the right to enforce the same subsequently, and Shall not be deemed a modification of the terms of this Agreement.

9.   Secured Party shall have the absolute right to assign the obligations of Debtor to Secured Party to any other party, and the rights and remedies of Secured Party under this Agreement shall inure fully to any assignee.

10. Until default, Debtor shall be entitled to possession of the Collateral, except as provided for in other agreements between the parties executed as part of the purchase of business by Debtor.

11. All notices, requests, demands and other communications required or permitted hereunder shall be in writing and shall be deemed to have been duly given when delivered by hand or mailed by certified mail, return receipt requested.

12. This Agreement shall bind and inure to the parties, their heirs, successors and assigns, but Debtor may not assign this Agreement.

13. This Agreement shall be governed by the laws of the State of Maryland.

14. This Agreement shall not be modified except as is in writing and signed by both parties.

15. This Agreement, and other documents and written agreements referred to and provided for herein embody the entire agreement and understanding of the parties hereto in respect to the subject therein and there are no agreements or understandings between the parties other than those set forth, referred to or provided for herein.

**IN WITNESS WHEREOF,** the parties hereto, intending to be legally bound, have executed this Agreement on the day and year first above written.

WITNESS:

SECURED PARTY:

_____ (SEAL)
**Charles S. Chas**

_____ (SEAL)
**In Sook Chas**

DEBTOR: **KS KANG, Inc.:**

_____ (SEAL)
**BY: Kyung Han Kang, President**

_____ (SEAL)
**Kyung Han Kang**

4

# KS KANG, INC.

## A CLOSE CORPORATION UNDER TITLE 4

### ARTICLES OF INCORPORATION

Article One: The undersigned, **Kyung Han Kang,** whose post office address is **8809 Woodyard Road, Clinton, Maryland 20735,** being at least Eighteen (18) Years of age, does hereby form a corporation under the general laws of the State of Maryland.

Article Two: The name of the corporation (hereinafter referred to as the "Corporation") is "**KS Kang, Inc.**".

Article Three: The Corporation shall be a close corporation as authorized by Title Four (4) of the Corporation and Association Article of the Annotated Code of Maryland, as amended.

Article Four: The purposes for which the Corporation is formed are as follows:

To operate dry cleaners service business, including wholesale and retail business, related business and etc. and to do anything permitted by Section 2-301 of the Corporations and Associations Article of the Annotated Code of Maryland, as amended from time to time.

Article Five: The post office address of the Principal office of the Corporation in Maryland is **8809 Woodyard Road, Clinton, Maryland 20735.** The name and post office address of the resident agent of the Corporation in Maryland is **Kyung Han Kang** is **8809 Woodyard Road, Clinton, Maryland 20735.** Said Resident Agent is an individual actually residing in the State of Maryland.

Article Six: The total number of shares of stock which the Corporation has authority to issue is **One Thousand (1,000) shares without nominal or par value, all of one class.**

Article Seven: After the completion of the organization meeting of the directors and the issuance of one or more shares of stock of the Corporation, the Corporation shall have no board of directors. Until such time, the Corporation shall have One (1) director, whose name is as follows: **Kyung Han Kang.**

Article Eight: The following provisions are hereby adopted for the purposes of defining, limiting and regulating the powers of the Corporation and of the directors and stockholders:

None

Article Nine: The duration of the Corporation shall be perpetual.

**IN WITNESS WHEREOF,** I have signed these Articles of Incorporation on **July 14,**

**2006**, and severally acknowledge the same to be my act.

WITNESS: _____     _____(SEAL)

                                                      **Kyung Han Kang**

**STATE OF MARYLAND, CITY OF BALTIMORE, TO WIT:**

    **I HEREBY CERTIFY** that on this **14th day of July, 2006,** before me, the subscriber, a Notary Public of the State aforesaid, personally appeared **Kyung Han Kang**, known to me or satisfactorily proven to be the person whose name is subscribed to this document, and acknowledged that he executed the same for the purposes therein contained, and in my presence signed and sealed the same.

    **IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

                                                _____(SEAL)

                                                NOTARY PUBLIC

My Commission Expires: 1/1/2007

Record and Return to:
David B. Woo, Esquire
2632 N. Charles Street
Baltimore, Maryland 21218

## BILL OF SALE

**THIS BILL OF SALE** dated and delivered on the 15th day of July, 2006, by **Charles S. Chas and In Sook Chas** ("hereinafter referred to as "SELLER") of **Clinton Park Cleaners** (hereinafter referred to as "Business") at **8809 Woodyard Road, Clinton, Maryland 20735**, in consideration of **Four Hundred Ten Thousand Dollars ($410,000.00)** paid by **KS KANG, Inc., a Maryland corporation,** (hereinafter referred to as "BUYER"), receipt of which is hereby acknowledged, does grant, sell, transfer, and deliver to BUYER, his or her heirs, personal representatives, successors and assigns, to their own use and behalf, the following goods:

The ownership of the Business and Business assets and all SELLER's rights, title, and interest in the Business free and clear of any and all claims and liens whatsoever including:

1. All stock-in-trade, trade fixtures, furniture, furnishings, equipment, machinery, leasehold improvements, supplies, tools, replacement and spare parts, including but not limited to any and all equipments listed in the Asset Purchase Agreement executed by both parties prior to this day, (hereinafter referred to as the "Asset Purchase Agreement") and layaways, and accounts receivable.

2. All of goodwill in the Business, including the SELLER's right, title and interest in and to the name of " **Clinton Park Cleaners** ", to any trademarks of the Business, all telephone numbers, commercial listings, lists of customers and vendors relating to the Business.

3. All right, title, interest in any and all lease agreements, contract agreements, and arrangements relating to the Business to the extent assumed by BUYER.

4. Any and all transferable licenses and permits of the Business to the extent transferable;

BUYER shall have all rights and title to the assets in himself/herself and his/her executors, administrators, and assigns, forever.

SELLER is the lawful owner of the assets and the assets are free from any and all encumbrances including, liens, mortgages, pledges, charges, claims, restrictions and defects of title to the assets. SELLER has good right to sell the assets and will warrant and defend the right against the lawful claims and demands of all persons.

SELLER warrants that there has been no material change in the warranties and representations stated in the Asset Purchase Agreement.

SELLER adopts any and all covenants made on the part of SELLER in the Asset Purchase Agreement, which is not merged into this Bill of Sale but shall survive this Bill of sale.

AND the parties agree that the allocation of the purchase price of **Four Hundred Ten Thousand Dollars ($410,000.00)** shall be as follows:

1

| | |
|---|---|
| Equipment, Furniture, Fixtures: | $ |
| Goodwill: | $ |
| Covenant Not to Compete: | $ |
| Leasehold Improvement: | $ |
| Stock in Trade: | $ |

Total:                          $410,000.00

**IN WITNESS WHEREOF,** SELLER has executed this Agreement in Baltimore, Maryland on the date above stated.

**WITNESS:**

SELLER:

_____ (SEAL)
Charles S. Chas

_____ (SEAL)
In Sook Chas

BUYER: KS KANG, Inc.:

_____ (SEAL)
BY: Kyung Han Kang, President

2

I, Myung Hee Kang, acknowledge receipt of receiving $65,000$^{oo}$ U.S. Dollars in cash and Three checks in the amount of (eighty five thousand dollars.) Thirty five thousand dollars, Thirty thousand of Twenty thousand dollars which personal checks will be replaced by certified checks within a week. (July 16 - July 21, 2006)

# JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County **Prince George's County**

**Charles S Chas**
Name

**23396 Gardenwalk Dr.**
Address

**Ashburn, VA 20148**

Plaintiff/Judgment Creditor

Case No. **CAL14-07264**

**KS Kang Inc**
Name

**8809 Woodyard Rd.**
Address

**Clinton, MD 20735**

Defendant/Judgment Debtor

### AND

Name - Employer/Garnishee

Address

## TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of _____ , _____ ,
and were credited on the judgment in the above case.

Date                                                                                                                    Year

| Date | Source | Amount |
|------|--------|--------|
| | | $ |
| | | $ |
| | | $ |
| 01/31/2014 | payment from debtor | $ |
| | | $ 3500.00 |
| | TOTAL RECEIVED | $ 3500.00 |

Interest accrued at **8** % on $ **79731.66** (the outstanding principal due
on the judgment) during the period of **01/22/2014** to **01/31/2014**                          $ 157.28
Date                                          Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any;
second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 79731.66 | 157.28 | | | |
| 2. Additional Interests or Costs | | | | | 79888.94 |
| 3. TOTALS | 79731.66 | 157.28 | | | |
| 4. Application of payments and credits | | | | | 79888.94 |
| | | | | | 3500.00 |
| 5. Balance due at end of this report | | | | | 76388.94 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

**April 17, 2017**
Date

**703-333-2005**
Signer's Telephone Number

**866-399-0698**
Signer's Facsimile Number, if any

**HANMICENTER@GMAIL.COM**
Signer's E-mail Address, if any

Signature of Creditor or Attorney

**James Yim Victory, Esq.**
Printed Name

**9667 Main St. #B**
Signer's Address

**Fairfax, VA 22031**
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County      Case No. CAL14-07264

Charles S Chas
_Name_

23396 Gardenwalk Dr.
_Address_

Ashburn, VA 20148
_Plaintiff/Judgment Creditor_

KS Kang Inc
_Name_

8809 Woodyard Rd.
_Address_

Clinton, MD 20735
_Defendant/Judgment Debtor_

AND

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of _____, _____
                                                          _Year_
and were credited on the judgment in the above case.

| Date | Source | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| 07/21/2014 | payment from debtor | $ 4263.68 |
| | **TOTAL RECEIVED** | $ 4263.68 |

Interest accrued at _8_ % on $ 76388.94 (the outstanding principal due
on the judgment) during the period of _01/31/2014_ to _07/21/2014_    $ 2863.02
                                        _Date_          _Date_

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any;*
*second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 76388.94 | 2863.02 | | | 79251.96 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 76388.94 | 2863.02 | | | 79251.96 |
| 4. Application of payments and credits | | | | | 4263.68 |
| 5. Balance due at end of this report | | | | | 74988.27 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

06/17/2017
_Date_
703-333-2005
_Signer's Telephone Number_
866-399-0698
_Signer's Facsimile Number, if any_
HANMICENTER@GMAIL.COM
_Signer's E-mail Address, if any_

Signature of Creditor or Attorney
James Yim Victory, Esq.
_Printed Name_
9667 Main St. #B
_Signer's Address_
Fairfax, VA 22031
_City, State, Zip_

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)

*(For use of the parties only. Not to be filed with the court.)*

County _Prince George's County_                           Case No. _CAL14-07264_

Charles S Chas
Name

23396 Gardenwalk Dr.
Address

Ashburn, VA 20148
Plaintiff/Judgment Creditor

KS Kang Inc
Name

8809 Woodyard Rd.
Address

Clinton, MD 20735
Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

### TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:

(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)

The following amounts were received from ALL SOURCES for the month of _____, _____
Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| 08/05/2014 | payment from debtor | $ 2000.00 |
| | **TOTAL RECEIVED** | $ 2000.00 |

Interest accrued at ___8___ % on $ _74988.27_ (the outstanding principal due
on the judgment) during the period of _07/21/2014_ to _08/05/2014_         $ 246.54
Date                   Date

Payment and credits have been applied as shown by the following schedule:

*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 74988.27 | 246.54 | | | 75234.81 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 74988.27 | 246.54 | | | 75234.81 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 73234.81 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

06/13/2017
Date

703-333-2005
Signer's Telephone Number

866-399-0698
Signer's Facsimile Number, if any

HANMICENTER@GMAIL.COM
Signer's E-mail Address, if any

Signature of Creditor or Attorney
James Yim Victory, Esq.
Printed Name

9667 Main St. #B
Signer's Address

Fairfax, VA 22031
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County          Case No. CAL14-07264

Charles S Chas                                    KS Kang Inc
Name                                              Name

23396 Gardenwalk Dr.                              8809 Woodyard Rd.
Address                                           Address

Ashburn, VA 20148                                 Clinton, MD 20735
          Plaintiff/Judgment Creditor                      Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)

The following amounts were received from ALL SOURCES for the month of_____, _____,
                                                                                              Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| 08/20/2014 | payment from debtor | $ 2000.00 |
| | TOTAL RECEIVED | $ 2000.00 |

Interest accrued at ____8____ % on $ 73234.81 (the outstanding principal due
on the judgment) during the period of 08/05/2014 to 08/20/2014          $ 256.82
                                        Date          Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 73234.81 | 256.82 | | | 73491.63 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 73234.81 | 256.82 | | | 73491.63 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 71491.63 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017                                        _____
Date                                              Signature of Creditor or Attorney
703-333-2005                                      James Yim Victory, Esq.
Signer's Telephone Number                         Printed Name
866-399-0698                                      9667 Main St. #B
Signer's Facsimile Number, if any                 Signer's Address
HANMICENTER@GMAIL.COM                             Fairfax, VA 22031
Signer's E-mail Address, if any                   City, State, Zip

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County                    Case No. CAL14-07264

Charles S Chas                                    KS Kang Inc
*Name*                                            *Name*

23396 Gardenwalk Dr.                              8809 Woodyard Rd.
*Address*                                         *Address*

Ashburn, VA 20148                                 Clinton, MD 20735
        *Plaintiff/Judgment Creditor*                    *Defendant/Judgment Debtor*

AND

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of........................................, ............
and were credited on the judgment in the above case.                                                          *Year*

| Date | Source | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| 09/30/2014 | payment from debtor | $ 2000.00 |
| | **TOTAL RECEIVED** | $ 2000.00 |

Interest accrued at ____8____ % on $ 71491.63 (the outstanding principal due
on the judgment) during the period of 08/20/2014 to 09/30/2014        $        658.11
                                      *Date*        *Date*

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 71491.63 | 658.11 | | | 72149.75 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 71491.63 | 658.11 | | | 72149.75 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 70149.75 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017
*Date*
703-333-2005
*Signer's Telephone Number*
866-399-0698
*Signer's Facsimile Number, if any*
HANMICENTER@GMAIL.COM
*Signer's E-mail Address, if any*

*Signature of Creditor or Attorney*
James Yim Victory, Esq.
*Printed Name*
9667 Main St. #B
*Signer's Address*
Fairfax, VA 22031
*City, State, Zip*

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County __Prince George's County__      Case No. __CAL14-07264__

__Charles S Chas__
Name

__23396 Gardenwalk Dr.__
Address

__Ashburn, VA 20148__
Plaintiff/Judgment Creditor

__KS Kang Inc__
Name

__8809 Woodyard Rd.__
Address

__Clinton, MD 20735__
Defendant/Judgment Debtor

**AND**

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of_____, _____
and were credited on the judgment in the above case.     Year

| Date | Source | | Amount |
|------|--------|---|-------|
| | | $ | |
| | | $ | |
| | | $ | |
| 10/27/2014 | payment from debtor | $ | 2000.00 |
| | TOTAL RECEIVED | $ | 2000.00 |

Interest accrued at __8__ % on $ __70149.75__ (the outstanding principal due
on the judgment) during the period of __09/30/2014__ to __10/27/2014__     $ __415.13__
                            Date           Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 70149.75 | 415.13 | | | 70564.88 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 70149.75 | 415.13 | | | 70564.88 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 68564.88 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

__04/17/2017__
Date

__703-333-2005__
Signer's Telephone Number

__866-399-0698__
Signer's Facsimile Number, if any

__HANMICENTER@GMAIL.COM__
Signer's E-mail Address, if any

Signature of Creditor or Attorney
__James Yim Victory, Esq.__
Printed Name

__9667 Main St. #B__
Signer's Address

__Fairfax, VA 22031__
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County      Case No. CAL14-07264

Charles S Chas
Name

23396 Gardenwalk Dr.
Address

Ashburn, VA 20148
Plaintiff/Judgment Creditor

KS Kang Inc
Name

8809 Woodyard Rd.
Address

Clinton, MD 20735
Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

### TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:
*(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)*

The following amounts were received from ALL SOURCES for the month of _____, _____ Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|------|--------|--------|
|  |  | $ |
|  |  | $ |
|  |  | $ |
| 11/20/2014 | payment from debtor | $ 2000.00 |
|  | **TOTAL RECEIVED** | $ 2000.00 |

Interest accrued at ___8___ % on $ 68564.88 (the outstanding principal due
on the judgment) during the period of _10/27/2014_ to _11/20/2014_    $ 360.67
                       Date             Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

|  | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 68564.88 | 360.67 |  |  | 68925.55 |
| 2. Additional Interests or Costs |  |  |  |  |  |
| 3. TOTALS | 68564.88 | 360.67 |  |  | 68925.55 |
| 4. Application of payments and credits |  |  |  |  | 2000.00 |
| 5. Balance due at end of this report |  |  |  |  | 66925.55 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017
Date

703-333-2005
Signer's Telephone Number

866-399-0698
Signer's Facsimile Number, if any

HANMICENTER@GMAIL.COM
Signer's E-mail Address, if any

Signature of Creditor or Attorney
James Yim Victory, Esq.
Printed Name

9667 Main St. #B
Signer's Address

Fairfax, VA 22031
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)

*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County                                     Case No. CAL14-07264

Charles S Chas
Name

23396 Gardenwalk Dr.
Address

Ashburn, VA 20148
Plaintiff/Judgment Creditor

KS Kang Inc
Name

8809 Woodyard Rd.
Address

Clinton, MD 20735
Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

### TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:

(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)

The following amounts were received from ALL SOURCES for the month of ........................................, ........................,
Year
and were credited on the judgment in the above case.

| Date | Source | | Amount |
|------|--------|---|--------|
| | | $ | |
| | | $ | |
| | | $ | |
| 12/20/2014 | payment from debtor | $ | 2000.00 |
| | TOTAL RECEIVED | $ | 2000.00 |

Interest accrued at ....... 8 ....... % on $ 66925.55  (the outstanding principal due
on the judgment) during the period of ...11/20/2014... to ...12/20/2014...          $ ............ 440.06
Date                    Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 66925.55 | 440.06 | | | 67365.61 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 66925.55 | 440.06 | | | 67365.61 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 65365.61 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017
Date

703-333-2005
Signer's Telephone Number

866-399-0698
Signer's Facsimile Number, if any

HANMICENTER@GMAIL.COM
Signer's E-mail Address, if any

Signature of Creditor or Attorney
James Yim Victory, Esq.
Printed Name

9667 Main St. #B
Signer's Address

Fairfax, VA 22031
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)

*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County                           Case No. CAL14-07264

Charles S Chas                                          KS Kang Inc
Name                                                    Name

23396 Gardenwalk Dr.                                    8809 Woodyard Rd.
Address                                                 Address

Ashburn, VA 20148                                       Clinton, MD 20735
          Plaintiff/Judgment Creditor                            Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**

(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)

The following amounts were received from ALL SOURCES for the month of............................................................. , ..........................,
                                                                                                              Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| 01/20/2015 | payment from debtor | $ 2000.00 |
| | **TOTAL RECEIVED** | $ 2000.00 |

Interest accrued at ____8____ % on $ 65365.61 (the outstanding principal due
on the judgment) during the period of ___12/20/2014___ to ___01/20/2015___          $ 458.45
                                              Date                    Date

Payment and credits have been applied as shown by the following schedule:

*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 65365.61 | 458.45 | | | 65824.07 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 65365.61 | 458.45 | | | 65824.07 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 63824.07 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017
Date
703-333-2005
Signer's Telephone Number
866-399-0698
Signer's Facsimile Number, if any
HANMICENTER@GMAIL.COM
Signer's E-mail Address, if any

Signature of Creditor or Attorney
James Yim Victory, Esq.
Printed Name
9667 Main St. #B
Signer's Address
Fairfax, VA 22031
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
### *(For use of the parties only. Not to be filed with the court.)*

County Prince George's County          Case No. CAL14-07264

| | |
|---|---|
| Charles S Chas | KS Kang Inc |
| Name | Name |
| 23396 Gardenwalk Dr. | 8809 Woodyard Rd. |
| Address | Address |
| Ashburn, VA 20148 | Clinton, MD 20735 |
| Plaintiff/Judgment Creditor | Defendant/Judgment Debtor |

AND

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)

The following amounts were received from ALL SOURCES for the month of _____, _____ Year _____
and were credited on the judgment in the above case.

| Date | Source | | Amount |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| 02/20/2015 | payment from debtor | $ | 2000.00 |
| | **TOTAL RECEIVED** | $ | 2000.00 |

Interest accrued at ___8___ % on $ 63824.07 (the outstanding principal due
on the judgment) during the period of 01/20/2015 to 02/20/2015    $ _____ 447.64
                    Date          Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 63824.07 | 447.64 | | | 65824.07 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 63824.07 | 447.64 | | | 65824.07 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 62271.71 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

| | |
|---|---|
| 04/17/2015 | *[signature]* |
| Date | Signature of Creditor or Attorney |
| 703-333-2005 | James Yim Victory, Esq. |
| Signer's Telephone Number | Printed Name |
| 866-399-0698 | 9667 Main St. #B |
| Signer's Facsimile Number, if any | Signer's Address |
| HANMICENTER@GMAIL.COM | Fairfax, VA 22031 |
| Signer's E-mail Address, if any | City, State, Zip |

**JUDGMENT CREDITOR'S MONTHLY REPORT** (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County                Case No. CAL14-07264

Charles S Chas                               KS Kang Inc
Name                                         Name

23396 Gardenwalk Dr.                         8809 Woodyard Rd.
Address                                      Address

Ashburn, VA 20148                            Clinton, MD 20735
　　Plaintiff/Judgment Creditor                 　　Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of _____ , _____
Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
| 03/20/2015 | payment from debtor | $ 2000.00 |
| | TOTAL RECEIVED | $ 2000.00 |

Interest accrued at ___8___ % on $ 62271.71 (the outstanding principal due
on the judgment) during the period of 02/20/2015 to 03/20/2015 　　　$ 382.16
　　　　　　　　　　　　　　　　　Date　　　　Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any;
second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

|  | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 62271.71 | 382.16 |  |  | 62653.87 |
| 2. Additional Interests or Costs |  |  |  |  |  |
| 3. TOTALS | 62271.71 | 382.16 |  |  | 62653.87 |
| 4. Application of payments and credits |  |  |  |  | 2000.00 |
| 5. Balance due at end of this report |  |  |  |  | 60653.87 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017
Date

703-333-2005
Signer's Telephone Number
866-399-0698
Signer's Facsimile Number, if any
HANMICENTER@GMAIL.COM
Signer's E-mail Address, if any

Signature of Creditor or Attorney
James Yim Victory, Esq.
Printed Name
9667 Main St. #B
Signer's Address
Fairfax, VA 22031
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County _Prince George's County_      Case No. _CAL14-07264_

| | |
|---|---|
| _Charles S Chas_ <br> Name | _KS Kang Inc_ <br> Name |
| _23396 Gardenwalk Dr._ <br> Address | _8809 Woodyard Rd._ <br> Address |
| _Ashburn, VA 20148_ <br> <div align=center>Plaintiff/Judgment Creditor</div> | _Clinton, MD 20735_ <br> <div align=center>Defendant/Judgment Debtor</div> |

<div align="center">AND</div>

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of _____, _____
and were credited on the judgment in the above case.          Year

| Date | Source | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| 04/20/2015 | payment from debtor | $    2000.00 |
| | **TOTAL RECEIVED** | $    2000.00 |

Interest accrued at ____8____ % on $ _60653.87_ (the outstanding principal due
on the judgment) during the period of _03/20/2015_ to _04/20/2015_     $    412.11
                                    Date               Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 60653.87 | 412.11 | | | 61065.98 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 60653.87 | 412.11 | | | 61065.96 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 59065.98 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

| | |
|---|---|
| _04/17/2017_ <br> <div align=center>Date</div> | _[signature]_ <br> <div align=center>Signature of Creditor or Attorney</div> |
| _703-333-2005_ <br> <div align=center>Signer's Telephone Number</div> | James Yim Victory, Esq. <br> <div align=center>Printed Name</div> |
| _866-399-0698_ <br> <div align=center>Signer's Facsimile Number, if any</div> | 9667 Main St. #B <br> <div align=center>Signer's Address</div> |
| HANMICENTER@GMAIL.COM <br> <div align=center>Signer's E-mail Address, if any</div> | Fairfax, VA 22031 <br> <div align=center>City, State, Zip</div> |

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County _Prince George's County_                    Case No. _CAL14-07264_

Charles S Chas                                     KS Kang Inc
_Name_                                             _Name_

23396 Gardenwalk Dr.                               8809 Woodyard Rd.
_Address_                                          _Address_

Ashburn, VA 20148                                  Clinton, MD 20735
_____Plaintiff/Judgment Creditor_              _____Defendant/Judgment Debtor_

                              AND

                    Name - Employer/Garnishee

                    Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of _____, _____
                                                                                    Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|------|--------|--------|
| | | $ |
| | | $ |
| | | $ |
| 05/21/2015 | payment from debtor | $ 2000.00 |
| | **TOTAL RECEIVED** | $ 2000.00 |

Interest accrued at ___8___ % on $ _59065.98_ (the outstanding principal due
on the judgment) during the period of __04/20/2015__ to __05/21/2015__   $ _____ 414.27
                                          Date              Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 59065.98 | 414.27 | | | 59480.25 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 59065.98 | 414.27 | | | 59480.25 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 57480.25 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017
_____Date_____
703-333-2005                                       Signature of Creditor or Attorney
_Signer's Telephone Number_                        James Yim Victory, Esq.
866-399-0698                                       _Printed Name_
_Signer's Facsimile Number, if any_                9667 Main St. #B
HANMICENTER@GMAIL.COM                              _Signer's Address_
_Signer's E-mail Address, if any_                  Fairfax, VA 22031
                                                   _City, State, Zip_

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County                                    Case No. CAL14-07264

Charles S Chas                                              KS Kang Inc
Name                                                       Name

23396 Gardenwalk Dr.                                       8809 Woodyard Rd.
Address                                                    Address

Ashburn, VA 20148                                          Clinton, MD 20735
Plaintiff/Judgment Creditor                                Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

### TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of............................., ...........
and were credited on the judgment in the above case.                                         Year

| Date | Source | | Amount |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| 06/22/2015 | payment from debtor | $ | 2000.00 |
| | TOTAL RECEIVED | $ | 2000.00 |

Interest accrued at _____8_____ % on $ 57480.25 (the outstanding principal due
on the judgment) during the period of __05/21/2015__ to __06/22/2015__   $........... 415.75
                                         Date              Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 57480.25 | 415.75 | | | 57896.00 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 57480.25 | 415.75 | | | 57896.00 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 55896.00 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017
Date
703-333-2005                                               Signature of Creditor or Attorney
Signer's Telephone Number                                  James Yim Victory, Esq.
866-399-0698                                               Printed Name
Signer's Facsimile Number, if any                          9667 Main St. #B
HANMICENTER@GMAIL.COM                                      Signer's Address
Signer's E-mail Address, if any                            Fairfax, VA 22031
                                                           City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County  Prince George's County                          Case No.  CAL14-07264

Charles S Chas                                           KS Kang Inc
_____                                 _____
Name                                                    Name

23396 Gardenwalk Dr.                                    8809 Woodyard Rd.
_____                                 _____
Address                                                 Address

Ashburn, VA 20148                                       Clinton, MD 20735
_____                                 _____
      Plaintiff/Judgment Creditor                             Defendant/Judgment Debtor

                                  AND

                         _____
                         Name - Employer/Garnishee

                         _____
                         Address

### TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of ........................................., ............,
                                                                                                      Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|------|--------|--------|
|  |  | $ |
|  |  | $ |
|  |  | $ |
| 06/30/2015 | payment from debtor | $          5000.00 |
|  | TOTAL RECEIVED | $          5000.00 |

Interest accrued at ____8____ % on $ 55896.00 (the outstanding principal due
on the judgment) during the period of 06/22/2015 to 06/30/2015                 $          110.26
                                            Date              Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

|  | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|--|-------------------|------------------|-----------------|-------------|--------|
| 1. Balance from last report | 55896.00 | 110.26 |  |  | 56006.26 |
| 2. Additional Interests or Costs |  |  |  |  |  |
| 3. TOTALS | 55896.00 | 110.26 |  |  | 56006.26 |
| 4. Application of payments and credits |  |  |  |  | 5000.00 |
| 5. Balance due at end of this report |  |  |  |  | 51006.26 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

06/17/2017
_____                                 _____
Date                                                    Signature of Creditor or Attorney
703-333-2005                                            James Yim Victory, Esq.
_____                                 _____
Signer's Telephone Number                               Printed Name
866-399-0698                                            9667 Main St. #B
_____                                 _____
Signer's Facsimile Number, if any                       Signer's Address
HANMICENTER@GMAIL.COM                                   Fairfax, VA 22031
_____                                 _____
Signer's E-mail Address, if any                         City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County **Prince George's County**          Case No. **CAL14-07264**

**Charles S Chas**                          **KS Kang Inc**
Name                                        Name

**23396 Gardenwalk Dr.**                    **8809 Woodyard Rd.**
Address                                     Address

**Ashburn, VA 20148**                       **Clinton, MD 20735**
Plaintiff/Judgment Creditor                 Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of................................., ........................,
and were credited on the judgment in the above case.                                                      Year

| Date | Source | | Amount |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| 07/23/2015 | payment from debtor | $ | 2000.00 |
| | TOTAL RECEIVED | $ | 2000.00 |

Interest accrued at **8** % on $ **51006.26** (the outstanding principal due
on the judgment) during the period of **06/30/2015** to **07/23/2015**          $          **268.31**
                                        Date              Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any;*
*second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 51006.26 | 268.31 | | | 51274.57 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 51006.26 | 268.31 | | | 51274.57 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 49274.57 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

**04/17/2017**
Date
**703-333-2005**
Signer's Telephone Number
**866-399-0698**
Signer's Facsimile Number, if any
**HANMICENTER@GMAIL.COM**
Signer's E-mail Address, if any

Signature of Creditor or Attorney
**James Yim Victory, Esq.**
Printed Name
**9667 Main St. #B**
Signer's Address
**Fairfax, VA 22031**
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County                                    Case No. CAL14-07264

Charles S Chas                                    KS Kang Inc
_____                          _____
Name                                             Name

23396 Gardenwalk Dr.                             8809 Woodyard Rd.
_____                          _____
Address                                          Address

Ashburn, VA 20148                                Clinton, MD 20735
_____                          _____
Plaintiff/Judgment Creditor                      Defendant/Judgment Debtor

<div align="center">AND</div>

_____
Name - Employer/Garnishee

_____
Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of ...................................., .............,
                                                                                              Year
and were credited on the judgment in the above case.

| Date | Source | | Amount |
|------|--------|---|--------|
| | | $ | |
| | | $ | |
| | | $ | |
| 08/24/2015 | payment from debtor | $ | 2000.00 |
| | TOTAL RECEIVED | $ | 2000.00 |

Interest accrued at ___8___ % on $ 49274.57 (the outstanding principal due
on the judgment) during the period of ___07/23/2015___ to ___08/24/2015___         $     356.40
                                              Date                    Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 49274.57 | 356.40 | | | 49630.97 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 49274.57 | 356.40 | | | 49630.97 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 47630.97 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017                                        _____
_____                          Signature of Creditor or Attorney
Date
703-333-2005                                     James Yim Victory, Esq.
_____                          _____
Signer's Telephone Number                        Printed Name
866-399-0698                                     9667 Main St. #B
_____                          _____
Signer's Facsimile Number, if any                Signer's Address
HANMICENTER@GMAIL.COM                             Fairfax, VA 22031
_____                          _____
Signer's E-mail Address, if any                  City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County      Case No. CAL14-07264

| | |
|---|---|
| Charles S Chas | KS Kang Inc |
| Name | Name |
| 23396 Gardenwalk Dr. | 8809 Woodyard Rd. |
| Address | Address |
| Ashburn, VA 20148 | Clinton, MD 20735 |
| Plaintiff/Judgment Creditor | Defendant/Judgment Debtor |

AND

Name - Employer/Garnishee

Address

### TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)

The following amounts were received from ALL SOURCES for the month of ............................., ................,
Year
and were credited on the judgment in the above case.

| Date | Source | | Amount |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| 09/03/2015 | payment from debtor | $ | 5000.00 |
| | TOTAL RECEIVED | $ | 5000.00 |

Interest accrued at ____8____ % on $ 47630.97 (the outstanding principal due
on the judgment) during the period of 08/24/2015 to 09/03/2015    $ _____ 104.40
                               Date            Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 47630.97 | 104.40 | | | 47735.36 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 47630.97 | 104.40 | | | 47735.36 |
| 4. Application of payments and credits | | | | | 5000.00 |
| 5. Balance due at end of this report | | | | | 42735.36 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

| | |
|---|---|
| 04/17/2017 | |
| Date | Signature of Creditor or Attorney |
| 703-333-2005 | James Yim Victory, Esq. |
| Signer's Telephone Number | Printed Name |
| 866-399-0698 | 9667 Main St. #B |
| Signer's Facsimile Number, if any | Signer's Address |
| HANMICENTER@GMAIL.COM | Fairfax, VA 22031 |
| Signer's E-mail Address, if any | City, State, Zip |

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County      Case No. CAL14-07264

Charles S Chas
Name

23396 Gardenwalk Dr.
Address

Ashburn, VA 20148
Plaintiff/Judgment Creditor

KS Kang Inc
Name

8809 Woodyard Rd.
Address

Clinton, MD 20735
Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of _____ , _____ ,
and were credited on the judgment in the above case.

| Date | Source | Amount |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
| 09/25/2015 | payment from debtor | $ 2000.00 |
|  | **TOTAL RECEIVED** | $ 2000.00 |

Interest accrued at ___8___ % on $ 42735.36 (the outstanding principal due
on the judgment) during the period of 09/03/2015 to 09/25/2015    $ 206.07
     Date      Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 42735.36 | 206.07 | | | 42941.43 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 42735.36 | 206.07 | | | 42941.43 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 40941.43 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017
Date

703-333-2005
Signer's Telephone Number

866-399-0698
Signer's Facsimile Number, if any

HANMICENTER@GMAIL.COM
Signer's E-mail Address, if any

Signature of Creditor or Attorney
James Yim Victory, Esq.
Printed Name

9667 Main St. #B
Signer's Address

Fairfax, VA 22031
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County _Prince George's County_                          Case No. _CAL14-07264_

| | |
|---|---|
| _Charles S Chas_ | _KS Kang Inc_ |
| Name | Name |
| _23396 Gardenwalk Dr._ | _8809 Woodyard Rd._ |
| Address | Address |
| _Ashburn, VA 20148_ | _Clinton, MD 20735_ |
| Plaintiff/Judgment Creditor | Defendant/Judgment Debtor |

AND

_____
Name - Employer/Garnishee

_____
Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of _____, _____
and were credited on the judgment in the above case.                                                          Year

| Date | Source | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| 10/27/2015 | payment from debtor | $ 2000.00 |
| | TOTAL RECEIVED | $ 2000.00 |

Interest accrued at ___8___ % on $ _40941.43_ (the outstanding principal due
on the judgment) during the period of _09/25/2015_ to _10/27/2015_      $ 287.15
                                       Date              Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 40941.43 | 287.15 | | | 41228.58 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 40941.43 | 287.15 | | | 41228.58 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 39228.58 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

| | |
|---|---|
| _04/17/2017_ | _[signature]_ |
| Date | Signature of Creditor or Attorney |
| _703-333-2005_ | James Yim Victory, Esq. |
| Signer's Telephone Number | Printed Name |
| _866-399-0698_ | _9667 Main St, #B_ |
| Signer's Facsimile Number, if any | Signer's Address |
| HANMICENTER@GMAIL.COM | Fairfax, VA 22031 |
| Signer's E-mail Address, if any | City, State, Zip |

**DC/CV 66** (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County                         Case No. CAL14-07264

Charles S Chas                                        KS Kang Inc
Name                                                  Name

23396 Gardenwalk Dr.                                  8809 Woodyard Rd.
Address                                               Address

Ashburn, VA 20148                                     Clinton, MD 20735
          Plaintiff/Judgment Creditor                          Defendant/Judgment Debtor

                                  AND

                    Name - Employer/Garnishee

                    Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of _____, _____
                                                                                            Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
| 11/24/2015 | payment from debtor | $ 2000.00 |
|  | **TOTAL RECEIVED** | $ 2000.00 |

Interest accrued at ___8___ % on $ 39228.58 (the outstanding principal due
on the judgment) during the period of 10/27/2015 to 11/24/2015       $       240.75
                                        Date              Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any;
second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

|  | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 39228.58 | 240.75 |  |  | 39469.32 |
| 2. Additional Interests or Costs |  |  |  |  |  |
| 3. TOTALS | 39228.58 | 240.75 |  |  | 39469.32 |
| 4. Application of payments and credits |  |  |  |  | 2000.00 |
| 5. Balance due at end of this report |  |  |  |  | 37469.32 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017
Date

703-333-2005
Signer's Telephone Number

866-399-0698
Signer's Facsimile Number, if any

HANMICENTER@GMAIL.COM
Signer's E-mail Address, if any

Signature of Creditor or Attorney
James Yim Victory, Esq.
Printed Name

9667 Main St. #B
Signer's Address

Fairfax, VA 22031
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County  Prince George's County                                          Case No.  CAL14-07264

Charles S Chas                                                          KS Kang Inc
_____                                                  _____
Name                                                                   Name

23396 Gardenwalk Dr.                                                   8809 Woodyard Rd.
_____                                                  _____
Address                                                                Address

Ashburn, VA 20148                                                      Clinton, MD 20735
_____                                                  _____
Plaintiff/Judgment Creditor                                            Defendant/Judgment Debtor

<div align="center">AND</div>

_____
Name - Employer/Garnishee

_____
Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of_____ , _____
                                                                                                   Year
and were credited on the judgment in the above case.

| Date | Source | | Amount |
|------|--------|---|--------|
| | | $ | |
| | | $ | |
| | | $ | |
| 12/22/2015 | payment from debtor | $ | 2000.00 |
| | **TOTAL RECEIVED** | $ | 2000.00 |

Interest accrued at ____8____ % on $ 37469.32   (the outstanding principal due
on the judgment) during the period of ___11/24/2015___ to ___12/22/2015___      $_____238.16
                                            Date                  Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 37469.32 | 238.16 | | | 37707.49 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 37469.32 | 238.16 | | | 37707.49 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 35707.49 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

04/17/2017
_____                                   _____
Date                                                    Signature of Creditor or Attorney
703-333-2005                                            James Yim Victory, Esq.
_____                                   _____
Signer's Telephone Number                               Printed Name
866-399-0698                                            9667 Main St. #B
_____                                   _____
Signer's Facsimile Number, if any                       Signer's Address
HANMICENTER@GMAIL.COM                                   Fairfax, VA 22031
_____                                   _____
Signer's E-mail Address, if any                         City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County                    Case No. CAL14-07264

Charles S Chas
Name

KS Kang Inc
Name

23396 Gardenwalk Dr.
Address

8809 Woodyard Rd.
Address

Ashburn, VA 20148
Plaintiff/Judgment Creditor

Clinton, MD 20735
Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

### TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of...................................., .................., Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|------|--------|--------|
| | | $ |
| | | $ |
| | | $ |
| 02/03/2016 | payment from debtor | $ 2000.00 |
| | **TOTAL RECEIVED** | $ 2000.00 |

Interest accrued at _____ 8 % on $ 35707.49 (the outstanding principal due
on the judgment) during the period of 12/22/2015 to 02/03/2016    $ 344.36
                                        Date          Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 35707.49 | 344.36 | | | 36051.84 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 35707.49 | 344.36 | | | 36051.84 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 34051.84 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

06/17/2017
Date

703-333-2005
Signer's Telephone Number

866-399-0698
Signer's Facsimile Number, if any

HANMICENTER@GMAIL.COM
Signer's E-mail Address, if any

Signature of Creditor or Attorney
James Yim Victory, Esq.
Printed Name

9667 Main St. #B
Signer's Address

Fairfax, VA 22031
City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County **Prince George's County**                              Case No. **CAL14-07264**

| | |
|---|---|
| **Charles S Chas** | **KS Kang Inc** |
| Name | Name |
| **23396 Gardenwalk Dr.** | **8809 Woodyard Rd.** |
| Address | Address |
| **Ashburn, VA 20148** | **Clinton, MD 20735** |
| Plaintiff/Judgment Creditor | Defendant/Judgment Debtor |

AND

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of_____, _____,
and were credited on the judgment in the above case.                                                         Year

| Date | Source | | Amount |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| 03/30/2016 | payment from debtor | $ | 2000.00 |
| | **TOTAL RECEIVED** | $ | 2000.00 |

Interest accrued at ____**8**____ % on $ **34051.84** (the outstanding principal due
on the judgment) during the period of **02/03/2016** to **03/30/2016**                    $ _____ **417.95**
                                                     Date                     Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 34051.84 | 417.95 | | | 34469.79 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 34051.84 | 417.95 | | | 34469.79 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 32469.79 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

| | |
|---|---|
| **04/17/2017** | |
| Date | Signature of Creditor or Attorney |
| **703-333-2005** | **James Yim Victory, Esq.** |
| Signer's Telephone Number | Printed Name |
| **866-399-0698** | **9667 Main St. #B** |
| Signer's Facsimile Number, if any | Signer's Address |
| **HANMICENTER@GMAIL.COM** | **Fairfax, VA 22031** |
| Signer's E-mail Address, if any | City, State, Zip |

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County Prince George's County     Case No. CAL14-07264

| | |
|---|---|
| Charles S Chas | KS Kang Inc |
| Name | Name |
| 23396 Gardenwalk Dr. | 8809 Woodyard Rd. |
| Address | Address |
| Ashburn, VA 20148 | Clinton, MD 20735 |
| Plaintiff/Judgment Creditor | Defendant/Judgment Debtor |

AND

Name - Employer/Garnishee

Address

### TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:
*(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)*

The following amounts were received from ALL SOURCES for the month of............................., ...................,
.................................................................................................................................................  Year
and were credited on the judgment in the above case.

| Date | Source | | Amount |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| 06/22/2016 | payment from debtor | $ | 2000.00 |
| | **TOTAL RECEIVED** | $ | 2000.00 |

Interest accrued at _____ 8 _____ % on $ 32469.79 (the outstanding principal due
on the judgment) during the period of _03/30/2016_ to _06/22/2016_   $     597.80
         Date         Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 32469.79 | 597.80 | | | 33067.59 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 32469.79 | 597.80 | | | 33067.59 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 31067.59 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

| | |
|---|---|
| 04/17/2017 | _(signature)_ |
| Date | Signature of Creditor or Attorney |
| 703-333-2005 | James Yim Victory, Esq. |
| Signer's Telephone Number | Printed Name |
| 866-399-0698 | 9667 Main St. #B |
| Signer's Facsimile Number, if any | Signer's Address |
| HANMICENTER@GMAIL.COM | Fairfax, VA 22031 |
| Signer's E-mail Address, if any | City, State, Zip |

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County **Prince George's County**                      Case No. **CAL14-07264**

**Charles S Chas**                                      **KS Kang Inc**
Name                                                    Name

**23396 Gardenwalk Dr.**                                **8809 Woodyard Rd.**
Address                                                 Address

**Ashburn, VA 20148**                                   **Clinton, MD 20735**
            Plaintiff/Judgment Creditor                                Defendant/Judgment Debtor

AND

Name - Employer/Garnishee

Address

**TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:**
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of ............................................................., ...................,
                                                                                                                        Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
| 07/27/2016 | payment from debtor | $ 2000.00 |
|  | TOTAL RECEIVED | $ 2000.00 |

Interest accrued at _____ **8** _____ % on $ **31067.59** (the outstanding principal due
on the judgment) during the period of ___ **06/22/2016** ___ to ___ **07/27/2016** ___          $ _____ **238.33**
                                              Date                    Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any;*
*second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

|  | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 31067.59 | 238.33 |  |  | 31305.92 |
| 2. Additional Interests or Costs |  |  |  |  |  |
| 3. TOTALS | 31067.59 | 238.33 |  |  | 31305.92 |
| 4. Application of payments and credits |  |  |  |  | 2000.00 |
| 5. Balance due at end of this report |  |  |  |  | 29305.92 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

**04/17/2017**
Date

**703-333-2005**                                        **James Yim Victory, Esq.**
Signer's Telephone Number                               Signature of Creditor or Attorney
                                                        Printed Name
**866-399-0698**                                        **9667 Main St. #B**
Signer's Facsimile Number, if any                       Signer's Address
**HANMICENTER@GMAIL.COM**                               **Fairfax, VA 22031**
Signer's E-mail Address, if any                         City, State, Zip

DC/CV 66 (Rev. 7/2011)

## JUDGMENT CREDITOR'S MONTHLY REPORT (MD Rule 3-646)
*(For use of the parties only. Not to be filed with the court.)*

County __Prince George's County__                                Case No. __CAL14-07264__

Charles S Chas
_____
Name

23396 Gardenwalk Dr.
_____
Address

Ashburn, VA 20148
_____
Plaintiff/Judgment Creditor

KS Kang Inc
_____
Name

8809 Woodyard Rd.
_____
Address

Clinton, MD 20735
_____
Defendant/Judgment Debtor

**AND**

_____
Name - Employer/Garnishee

_____
Address

### TO THE EMPLOYER/GARNISHEE AND TO DEFENDANT/DEBTOR:
(To be furnished by the judgment creditor within 15 days after the end of each month in which payments were received.)
The following amounts were received from ALL SOURCES for the month of _____ , _____
                                                                                                    Year
and were credited on the judgment in the above case.

| Date | Source | Amount |
|---|---|---|
| | | $ _____ |
| | | $ _____ |
| | | $ _____ |
| 08/29/2016 | payment from debtor | $ 2000.00 |
| | **TOTAL RECEIVED** | $ 2000.00 |

Interest accrued at ___8___ % on $ _29305.92_ (the outstanding principal due
on the judgment) during the period of __07/27/2016__ to __08/29/2016__      $ 211.97
                                        Date              Date

Payment and credits have been applied as shown by the following schedule:
*(The law requires that payments shall be credited, first against accrued interest on the unpaid balance of the judgment, if any; second upon the principal of the judgment; and third upon those attorney's fees actually assessed in the case.)*

| | Judgment Principal | Accrued Interest | Attorney's Fees | Court Costs | TOTALS |
|---|---|---|---|---|---|
| 1. Balance from last report | 29305.92 | 211.97 | | | 29517.89 |
| 2. Additional Interests or Costs | | | | | |
| 3. TOTALS | 29305.92 | 211.97 | | | 29517.89 |
| 4. Application of payments and credits | | | | | 2000.00 |
| 5. Balance due at end of this report | | | | | 27517.89 |

*(Instructions: Add amounts on lines 1 and 2, and enter total in line 3; deduct the amount on line 4 from line 3 and enter balance on line 5.)*

06/17/2017
_____
Date

703-333-2005
_____
Signer's Telephone Number

866-399-0698
_____
Signer's Facsimile Number, if any

HANMICENTER@GMAIL.COM
_____
Signer's E-mail Address, if any

_____
Signature of Creditor or Attorney

James Yim Victory, Esq.
_____
Printed Name

9667 Main St. #B
_____
Signer's Address

Fairfax, VA 22031
_____
City, State, Zip

DC/CV 66 (Rev. 7/2011)